1  DEAN M. GLOSTER, State Bar No. 109313
   MARK D. PETERSEN, State Bar No. 111956
2  KELLY A. WOODRUFF, State Bar No. 160235
   FARELLA BRAUN + MARTEL, LLP
3  235 Montgomery Street, 17th Floor
   San Francisco, CA 94014
4  Telephone: (415) 954-4400
   Facsimile: (415) 954-4480
5  dgloster@fbm.com
   mpetersen@fbm.com
6  kwoodruff@fbm.com

7  Counsel for Defendants Scott Salyer, individually and as
   Trustee of the Scott Salyer Revocable Trust, SKPM
8  Corp., SK Foods, LLC, SKF Canning, LLC, Blackstone
   Ranch Corporation, Monterey Peninsula Farms, CSSS,
9  LP, SKF Aviation, LLC, Salyer Management Company,
   LLC, SK Farms Services, LLC, SK Frozen Foods, LLC,
10 SS Farms, LLC, SSC Farming, LLC, SSC Farms I, LLC,
   SSC Farms II, LLC and SSC Farms III, LLC

11                  UNITED STATES DISTRICT COURT

12                  EASTERN DISTRICT OF CALIFORNIA

13                       SACRAMENTO DIVISION

14

15 In re:

16 SK Foods, L.P.,  a California limited
   partnership, *et al.*,
17
                Debtors.
18                                          Civ. No. S-11-1839 LKK
19 BRADLEY SHARP, Chapter 11 Trustee,

                Plaintiff,
20                                          Bankruptcy Adv. Proc. No.  10-02017
21 v.

22 FRED SAYLER IRREVOCABLE
   TRUST, *et al.*,
23
                Defendants.
24
    *[Caption continued on next pages]*
25

26

27

28

| | | |
|---|---|---|
| 1 | In re: | |
| 2 | | |
| 3 | SK Foods, L.P.,  a California limited partnership, *et al.*, | |
| 4 | Debtors. | Civ. No. S-11-1840 LKK |
| 5 | BRADLEY SHARP, Chapter 11 Trustee, | |
| 6 | Plaintiff, | |
| 7 | v. | Bankruptcy Adv. Proc. No.  10-02016 |
| 8 | SKF AVIATION, LLC, *et al.*, | |
| 9 | Defendants. | |
| 10 | In re: | |
| 11 | | |
| 12 | SK Foods, L.P.,  a California limited partnership, *et al.*, | |
| 13 | Debtors. | |
| 14 | BRADLEY SHARP, Chapter 11 Trustee, | Civ. No. S-11-1841 LKK |
| 15 | Plaintiff, | |
| 16 | v. | Bankruptcy Adv. Proc. No.  10-02014 |
| 17 | SCOTT SALYER, as trustee of the Scott Salyer Revocable Trust, *et al.*, | |
| 18 | | |
| 19 | Defendants. | |
| 20 | In re: | |
| 21 | SK Foods, L.P.,  a California limited partnership, *et al.*, | |
| 22 | | |
| 23 | Debtors. | Civ. No. S-11-1842 LKK |
| | BRADLEY SHARP, Chapter 11 Trustee, | |
| 24 | Plaintiff, | |
| 25 | v. | Bankruptcy Adv. Proc. No.  09-02692 |
| 26 | SSC FARMS 1, LLC, *et al.*, | |
| 27 | Defendants. | |
| 28 | | |

Substitution of Counsel  and  Order Thereon
27019\2757743.1

In re:

SK Foods, L.P.,  a California limited
partnership, *et al.*,

              Debtors.

BANK OF MONTREAL, as
Administrative Agent, successor by
Assignment to Debtors SK Foods, L.P.
and RHM Industrial Specialty Foods,
Inc.,

              Appellant,

v.

SCOTT SALYER, *et al.*,

              Appellees.

Civ. No. S-11-1845 LKK

Bankruptcy Adv. Proc. No.  10-02015

In re:

SK Foods, L.P.,  a California limited
partnership, *et al.*,

              Debtors.

BANK OF MONTREAL, as
Administrative Agent, successor by
Assignment to Debtors SK Foods, L.P.
and RHM Industrial Specialty Foods,
Inc.,

              Appellant,

v.

CSSS, L.P.,

              Appellee.

Civ. No. S-11-1847 LKK

Bankruptcy Adv. Proc. No.  09-02543

Substitution of Counsel  and  Order Thereon
27019\2757743.1

In re:

SK Foods, L.P.,  a California limited
partnership, *et al.*,

              Debtors.

BANK OF MONTREAL, as
Administrative Agent, successor by
Assignment to Debtors SK Foods, L.P.
and RHM Industrial Specialty Foods,
Inc.,

              Appellant,

v.

CALIFORNIA FRANCHISE TAX
BOARD, *et al.*,

              Appellees.

Civ. No. S-11-1849 LKK

Bankruptcy Adv. Proc. No.  11-02339

In re:

SK Foods, L.P.,  a California limited
partnership, *et al.*,

              Debtors.

BANK OF MONTREAL, as
Administrative Agent, successor by
Assignment to Debtors SK Foods, L.P.
and RHM Industrial Specialty Foods,
Inc.,

              Appellant,

v.

CALIFORNIA FRANCHISE TAX
BOARD, *et al.*,

              Appellees.

Civ. No. S-11-1850 LKK

Bankruptcy Adv. Proc. No.  11-02339

In re:

SK Foods, L.P.,  a California limited
partnership, *et al.*,

Debtors.

BANK OF MONTREAL, as
Administrative Agent, successor by
Assignment to Debtors SK Foods, L.P.
and RHM Industrial Specialty Foods,
Inc.,

Appellant,

v.

CARY SCOTT COLLINS, *et al.*,

Appellees.

Civ. No. S-11-1853 LKK

Bankruptcy Adv. Proc. No.  11-02340

In re:

SK Foods, L.P.,  a California limited
partnership, *et al.*,

Debtors.

BANK OF MONTREAL, as
Administrative Agent, successor by
Assignment to Debtors SK Foods, L.P.
and RHM Industrial Specialty Foods,
Inc.,

Appellant,

v.

CARY SCOTT COLLINS, *et al.*,

Appellees.

Civ. No. S-11-1855 LKK

Bankruptcy Adv. Proc. No.  11-02340

## SUBSTITUTION OF COUNSEL AND ORDER THEREON

Pursuant to Eastern District Local Rule 182(g), Scott Salyer, in his individual capacity and as trustee of the Scott Salyer Revocable Trust, substitute Farella Braun + Martel, LLP as their attorney of record, in place of Felderstein Fitzgerald Willoughby & Pascuzzi LLP and Segal &

1   Kirby in the above-captioned matter.

2          Pursuant to Eastern District Local Rule 182(g), Defendants SKPM Corp., SK Foods, LLC,

3   SKF Canning, LLC, Blackstone Ranch Corporation, Monterey Peninsula Farms, CSSS, LP, SKF

4   Aviation, LLC, Salyer Management Company, LLC, SK Farms Services, LLC, SK Frozen Foods,

5   LLC, SS Farms, LLC, SSC Farming, LLC, SSC Farms I, LLC, SSC Farms II, LLC and SSC

6   Farms III, LLC hereby substitute Farella Braun + Martel, LLP as their attorney of record, in place

7   of Nageley Meredith & Miller, Inc. in the above-captioned matter.

8   Dated:  September 9, 2011

9                                        _____/s/  Scott Salyer_____
                                         SCOTT SALYER

10

11  Dated:  September 9, 2011           SCOTT SALYER REVOCABLE TRUST

12                                       By:__/s/  Scott Salyer_____
                                            SCOTT SALYER, TRUSTEE

13

14  Dated:  September 9, 2011           SK PM CORP., SK FOODS, LLC, SKF CANNING, LLC,
                                        SKF AVIATION, LLC and BLACKSTONE RANCH
15                                      CORPORATION

16

17                                       By:__/s/  Scott Salyer_____
                                            SCOTT SALYER

18

19  Dated:  September 9, 2011           MONTEREY PENINSULA FARMS, SK FROZEN
                                        FOODS, LLC, CSSS, LP, SALYER MANAGEMENT
20                                      COMPANY, LLC, SK FARMS SERVICES, LLC, SS
                                        FARMS, LLC, SSC FARMING, LLC, SSC FARMS I,
21                                      LLC, SSC FARMS II, LLC and SSC FARMS III, LLC

22

23                                       By:__/s/  Robert Pruett_____
                                            ROBERT PRUETT, MANAGER

24

25

26

27

28

The above substitution is hereby accepted.

Dated:  September 9, 2011

FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP

By: _/s/  Paul J. Pascuzzi_____
PAUL J. PASCUZZI

Dated:  September 9, 2011

SEGAL & KIRBY

By: _/s/  Malcom S. Segal_____
MALCOM S. SEGAL

Dated:  September 9, 2011

NAGELEY MEREDITH & MILLER, INC.

By: _/s/  Andrea M. Miller_____
ANDREA M. MILLER

Farella Braun + Martel LLP hereby consents to the above substitution.

Dated:  September 9, 2011

FARELLA BRAUN & MARTEL LLP

By: _/s/  Kelly A. Woodruff_____
KELLY A. WOODRUFF

IT IS SO ORDERED.

Dated:   September 16, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT