UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

FREDERICK SCOTT SALYER,

        Defendant.

_____/

CR. NO. S-10-061 LKK

In re:

SK FOODS, L.P., a California
limited partnership, et al.,

        Debtors.

BRADLEY D. SHARP, Chapter 11
Trustee,

        Appellant,

        v.

SSC FARMS 1, LLC, et al.,

        Appellees.

_____/

CIV. NO. S-12-0775 JAM

////

////

////

////

In re:

SK FOODS, L.P., a California
limited partnership, et al.,

        Debtors.

BRADLEY D. SHARP, Chapter 11
Trustee,

        Appellant,

           v.               CIV. NO. S-11-1839 LKK

FRED SALYER IRREVOCABLE TRUST,

        Appellee.
_____/
In re:

SK FOODS, L.P., a California
limited partnership, et al.,

        Debtors.

BRADLEY D. SHARP, Chapter 11
Trustee,

        Appellant,

           v.               CIV. NO. S-11-1840 LKK

SKF AVIATION, LLC, et al.,

        Appellees.
_____/
In re:

SK FOODS, L.P., a California
limited partnership, et al.,

        Debtors.

BRADLEY D. SHARP, Chapter 11
Trustee,

        Appellant,

////

////

2

1                    v.                    CIV. NO. S-11-1842 LKK

2   SSC FARMS 1, LLC, et al.,

3              Appellees.
    _____/

4   In re:

5   SK FOODS, L.P., a California
    limited partnership, et al.,

6

7              Debtors.

    BANK OF MONTREAL, as
8   Administrative Agent, successor
    by Assignment to Debtors SK Foods,
9   L.P. and RHM Industrial
    Specialty Foods, Inc, a
10  California corporation, d/b/a
    Colusa County Canning Co.,

11

12             Appellant,

13                   v.                    CIV. NO. S-11-1845 LKK

    SCOTT SALYER, et al.,
14
               Appellees.
15  _____/

    In re:
16
    SK FOODS, L.P., a California
17  limited partnership, et al.,

18             Debtors.

19  BANK OF MONTREAL, as Administrative
    Agent, successor by Assignment to
20  Debtors SK Foods, L.P. and RHM
    Industrial Specialty Foods, Inc, a
21  California corporation, d/b/a
    Colusa County Canning Co.,

22

23             Appellant,

24                   v.                    CIV. NO. S-11-1846 LKK

25  INTERNAL REVENUE SERVICE, et al.,

               Appellees.
26  _____/

                          3

```
1   In re:

2   SK FOODS, L.P., a California
    limited partnership, et al.,
3
            Debtors.
4
    BANK OF MONTREAL, as
5   Administrative Agent, successor
    by Assignment to Debtors SK Foods,
6   L.P. and RHM Industrial
    Specialty Foods, Inc, a
7   California corporation, d/b/a
    Colusa County Canning Co.,               CIV. NO. S-11-1847 LKK
8
            Appellant,
9
                    v.
10
    CSSS, L.P.,
11
            Appellee.
12  _____/
    In re:
13
    SK FOODS, L.P., a California
14  limited partnership, et al.,

15          Debtors.

16  BANK OF MONTREAL, as
    Administrative Agent, successor
17  by Assignment to Debtors SK Foods,
    L.P. and RHM Industrial
18  Specialty Foods, Inc, a
    California corporation, d/b/a
19  Colusa County Canning Co.,               CIV. NO. S-11-1849 LKK

20          Appellant,

21                  v.

22  CALIFORNIA FRANCHISE TAX
    BOARD, et al.,
23
            Appellees.
24  _____/
    In re:
25
    SK FOODS, L.P., a California
26  limited partnership, et al.,
```

4

1              Debtors.

2  BANK OF MONTREAL, as
   Administrative Agent, successor
3  by Assignment to Debtors SK Foods,
   L.P. and RHM Industrial
4  Specialty Foods, Inc, a
   California corporation, d/b/a
5  Colusa County Canning Co.,                    CIV. NO. S-11-1850 LKK

6              Appellant,

7                  v.

8  CALIFORNIA FRANCHISE TAX
   BOARD, et al.,
9
               Appellees.
10 _____/
   In re:
11
   SK FOODS, L.P., a California
12 limited partnership, et al.,

13             Debtors.

14 BANK OF MONTREAL, as
   Administrative Agent, successor
15 by Assignment to Debtors SK Foods,
   L.P. and RHM Industrial
16 Specialty Foods, Inc, a
   California corporation, d/b/a
17 Colusa County Canning Co.,                    CIV. NO. S-11-1853 LKK

18             Appellant,

19                 v.

20 CARY SCOTT COLLINS, et al.,

21             Appellees.
   _____/
22 In re:

23 SK FOODS, L.P., a California
   limited partnership, et al.,
24
               Debtors.
25
   BANK OF MONTREAL, as
26 Administrative Agent, successor

5

by Assignment to Debtors SK Foods,
L.P. and RHM Industrial
Specialty Foods, Inc, a
California corporation, d/b/a
Colusa County Canning Co.,                    CIV. NO. S-11-1855 LKK

            Appellant,

                 v.
                                        **RELATED CASE ORDER**

CARY SCOTT COLLINS, et al.,

            Appellees.
_____/

       Non-parties Cary Collins and Collins and Associates in the
above-captioned bankruptcy appeal have filed a Notice of Related
Cases.

       The above-captioned bankruptcy matter appears to be related
to the previously related cases 2:11-CV-1839-LKK, 2:11-CV-01840,
2:11-CV-1842, 2:11-CV-1845, 2:11-CV-1846, 2:11-CV-1847,
2:11-CV-1849, 2:11-CV-1850, 2:11-CV-1853, and 2:11-CV-1855.

       Related cases are generally assigned to the judge presiding
over the case with the lowest number. <u>See</u> E.D. Cal. R. 123(c).
Accordingly the court ORDERS as follows:

       1. The action denominated 2:12-CV-0775 JAM is REASSIGNED to
Senior Judge Lawrence K. Karlton for all further proceedings.

       2. Henceforth, the caption on documents filed in the
reassigned case shall be shown as 2:12-CV-0775 LKK.

       3. The Clerk of the Court shall make appropriate adjustment
in the assignment of civil cases to compensate for this
reassignment.

////

1          IT IS SO ORDERED.

2    DATED:   March 29, 2012.

3                                   LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26